UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRI LYNN ROLLENHAGEN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:22-cv-6

HONORABLE PAUL L. MALONEY

**JUDGMENT**

In accordance with the Order of Remand entered this date:

**IT IS HEREBY ORDERED** that Judgment enters.

Dated:  October 12, 2022

  /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge